## Harry H. Stephenson et al., Appellees, v. Lee McCann et al., Appellants.

### Gen. No. 10,424.

Heard in this court at the May term, 1950. W. G. Peacock, for appellants; John J. Black and August B. Black, for appellees. Opinion by PRESIDING JUSTICE WOLFE. **Not to be published in full.** Opinion filed July 13, 1950; rehearing denied September 11, 1950; released for publication September 12, 1950.